UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14042-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

**FERNANDO SANCHEZ-NUNEZ,**
**#75949-004**

    Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued July 6, 2007 [68]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation issued July 6, 2007 [68] is hereby **ADOPTED**. The defendant Fernando Sanchez-Nunez is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this 24th day of July, 2007.

                                                K. MICHAEL MOORE
                                                UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record